IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRITANI MURPHEY                                                                                          PLAINTIFF

VS.                                              CASE NO. 15-CV-1026

ILLINOIS NATIONAL INSURANCE COMPANY;
GLI CORPORATE RISK SOLUTIONS; AND
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA                                                                                    DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss. (ECF No. 9). Plaintiff requests that the above-styled cause of action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 and that each party bear their own costs and attorney's fees. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiff's Amended Complaint (ECF No. 7) is **DISMISSED WITH PREJUDICE**. Each party is to bear their own costs and attorney's fees.

IT IS SO ORDERED, this 14th day of August, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge